# United States Bankruptcy Court
## District of Nevada

In re  **CHRISTONE DISTRIBUTION, INC.**  
Debtor(s)

Case No.  
Chapter **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Jing Liu**, declare under penalty of perjury that I am the **President** of **CHRISTONE DISTRIBUTION, INC.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **4th** day of January, 2023.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Jing Liu**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Jing Liu**, **President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Jing Liu**, **President** of this Corporation is authorized and directed to employ **Seth D Ballstaedt, Esq.**, attorney and the law firm of **Fair Fee Legal Services** to represent the corporation in such bankruptcy case."

Date  **January 4, 2023**

Signed  /s/ Jing Liu  
Jing Liu

Resolution of Board of Directors
of
**CHRISTONE DISTRIBUTION, INC.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Jing Liu, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Jing Liu, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Jing Liu, President** of this Corporation is authorized and directed to employ **Seth D Ballstaedt, Esq.**, attorney and the law firm of **Fair Fee Legal Services** to represent the corporation in such bankruptcy case.

Date  **January 4, 2023**                                Signed  _[signature]_

Date  **January 4, 2023**                                Signed  _____