Ballstaedt Law Firm, LLC dba Ball Bankruptcy
Seth D. Ballstaedt, Esq. Bar # 11516
8751 W Charleston Blvd #220
Las Vegas, NV 89117
(702) 715-0000
help@bkvegas.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

CHRISTONE DISTRIBUTION, INC.

Debtor(s)

Case No. 23-12257-mkn

Chapter: 11

Hearing Date: March 27, 2024
Hearing Time: 9:30 AM

### NOTICE OF CONTINUANCE OF CONFIRMATION HEARING

NOTICE IS HEREBY GIVEN that the confirmation hearing for the Debtor's Amended Chapter 11 Small Business Plan Number 6 (ECF #140) has been continued, and is set for hearing on March 27, 2024 at 9:30 AM.

**NOTICE IS FURTHER GIVEN** an Amended Chapter 11 Small Business Plan # 6 (ECF #140) was filed by Seth D. Ballstaedt, Esq. on behalf of CHRISTONE DISTRIBUTION, INC. (hereinafter referred to as "Debtor"), and is set for hearing on March 27, 2024 at 9:30 AM. Any opposition must be filed pursuant to Local Rule 9014(d)(1).

> If you object to the plan you *must* file a **WRITTEN** response with the court. You must also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the persons named above, then:
> - The Court may *refuse to allow you to speak* at the scheduled hearing; and
> - The court may *rule against you* without formally calling the matter at the hearing

**NOTICE IS FURTHER GIVEN** that the hearing for Amended Chapter 11 Small Business Plan # 6 may be continued without further notice. The deadlines set by the court per are listed here as follows:

1. The confirmation hearing shall be continued to March 27, 2024 at 9:30 A.M.
2. The status hearing shall be continued to March 27, 2024 at 9:30 A.M.
3. The objection deadline shall be extended to March 13, 2024.
4. The ballot deadline shall be extended to March 20, 2024.
5. The reply deadline shall be extended to March 20, 2024.
6. The ballot summary shall be due by March 21, 2024.

**NOTICE IS FURTHER GIVEN** that pursuant to Administrative Order 2020-14, all hearings are currently being held telephonically absent further order of the Court. Parties are permitted to appear telephonically by dialing (669) 254-5252 and entering meeting ID (if applicable):161 062 2560 and entering access code or passcode 029066#.

If you intend to participate at this hearing, please check the Court's website prior to the hearing for any updated instructions relating to the court participation number and access code. You may view the Court Calendar at: https://www.nvb.uscourts.gov/calendars/court-calendars/. Select the hearing judge. Next click on the "calendar date" to view the hearing judge's dial-in number and meeting access codes.

DATED: 2/5/2024

Submitted by:
/s/ Seth D Ballstaedt, Esq.
Seth D Ballstaedt, Esq.
*Attorney for Debtor(s)*