Ballstaedt Law Firm, LLC d/b/a Fair Fee Legal Services
Seth D. Ballstaedt, Esq. Bar # 11516
8751 W Charleston Blvd #230
Las Vegas, NV 89117
(702) 715-0000
help@bkvegas.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

**CHRISTONE DISTRIBUTION, INC.**

Debtor

Case No. 23-10055-mkn

Subchapter V Trustee:
Jeanette E. Mcpherson

Chapter: 11

Confirmation Hearing Date: 3/27/2024
Confirmation Hearing Time: 9:30 A.M.

## BALLOT SUMMARY

Comes now, Seth D. Ballstaedt, Esq., of Fair Fee Legal Services, proposed counsel for the Debtor, CHRISTONE DISTRIBUTION, INC., to submit this Ballot Report pursuant to 11 U.S.C. § 1126(c) and Fed. R. Bankr. P. 3018.

The Debtor filed an amended plan of reorganization at ECF #140. Ballots were sent to each class of creditors as required by Fed. R. Bankr. P. 3017(d).

**I.  Ballots Received**

No ballots were received from any of the classes of creditors.

**II.  Tabulation of Ballots**

Given that no ballots were received, there are no votes to tabulate or classes to deem as accepting or rejecting the plan of reorganization.

**III.  Legal Implications for Absence of Accepting Votes**

The Debtor's Subchapter V, offers a pathway for plan confirmation even without an

accepting impaired class, as per 11 U.S.C. § 1191(b). This provision allows the Court to confirm the Debtor's plan if it meets the "fair and equitable" standard outlined in 11 U.S.C. § 1191(c)(2)(B), the "best interests of creditors" test under §1129(a)(7), other various provisions as required under the bankruptcy code, and excludes the application of the "absolute priority rule" under §1191(c)(2). In light of this, and despite the absence of votes, the Debtor submit that the plan is nevertheless confirmable.

Dated: 3/22/2024

Respectfully submitted

/s/ Seth D. Ballstaedt, Esq.
Seth D. Ballstaedt, Esq.
*Proposed Counsel for Christone Distributions Inc*