Ballstaedt Law Firm, LLC d/b/a Fair Fee Legal Services
Seth D. Ballstaedt, Esq. Bar # 11516
8751 W Charleston Blvd #230
Las Vegas, NV 89117
(702) 715-0000
help@bkvegas.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

Case No. 23-10055-mkn

In re:

Chapter: 7

CHRISTONE DISTRIBUTION, INC.

**NOTICE OF WITHDRAWAL OF MOTION TO CLOSE (ECF 181)**

Debtor

NOTICE IS HEREBY GIVEN by CHRISTONE DISTRIBUTION, INC. (hereinafter "Debtor"), through their attorney, Lennie A Alzate, Esq, Ballstaedt Law Firm dba Fair Fee legal Services, that the MOTION TO CLOSE (ECF 181) filed on July 17, 2024 is hereby withdrawn.

WHEREFORE, Debtors respectfully request the Court take notice of this withdrawal.

DATED this 7th day of August 2024

FAIR FEE LEGAL SERVICES

*/s/ Lennie A. Alzate*
Lennie A. Alzate, Esq.
Attorney for Debtor